UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIANE BANDSUCH,

        Plaintiff,

-vs-                                   Case No. 2:05-cv-305-FtM-99SPC

WERNER ENTERPRISES, INC.; PERCY L. JOHNSON,

        Defendants.
_____

**ORDER**

This matter comes before the Court on the Defendants, Werner Enterprises, Inc. and Percy L. Johnson's Unopposed Motion for Discovery on Issue of Reasonableness of Attorney's Fees (Doc. #306) filed on April 21, 2010. The Defendants seek to determine whether or not to challenge the Plaintiff on the reasonableness of her claimed attorney's fees. The Defendant moves the Court for a thirty (30) day discover period to investigate the issue. Pursuant to Local Rule 3.01(g), the Defendant conferred with opposing counsel who does not oppose the requested discovery. The Motion being unopposed, the Court finds good cause to allow the discovery.

Accordingly, it is now

**ORDERED:**

The Defendants, Werner Enterprises, Inc. and Percy L. Johnson's Unopposed Motion for Discovery on Issue of Reasonableness of Attorney's Fees (Doc. #306) is **GRANTED**. The

Defendants have up to and including **Friday, May 28, 2010**, to conduct discovery into the reasonableness of the Plaintiff's attorney's fees.

**DONE AND ORDERED** at Fort Myers, Florida, this __28th__ day of April, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record